Robert L. JERNIGAN, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commission-
er, Social Security Administra-
tion, Defendant–Appellee.

No. 02–7002.

United States Court of Appeals,
Tenth Circuit.

Nov. 21, 2002.

Timothy M. White, Richmond J. Brown-
son, Tulsa, OK, for Plaintiff–Appellant.

Una McGeehan, Dallas, TX, for Defen-
dant–Appellee.

Before O'BRIEN and JOHN C.
PORFILIO, Circuit Judges, and KANE,*
Senior District Judge.

## ORDER AND JUDGMENT**

JOHN C. PORFILIO, Circuit Judge.

After examining the briefs and appellate
record, this panel has determined unani-
mously to grant the parties' request for a
decision on the briefs without oral argu-
ment. *See* Fed. R.App. P. 34(f); 10th Cir.
R. 34.1(G). The case is therefore ordered
submitted without oral argument.

Appellant Robert Jernigan challenges
the decision of the administrative law
judge (ALJ) denying him Social Security
disability benefits. On appeal, Mr. Jerni-
gan argues that the ALJ erred in (1) con-
cluding that Mr. Jernigan's mental impair-
ments were not severe; (2) concluding that
Mr. Jernigan's impairments did not meet
any of the listed impairments; and (3)
negatively assessing Mr. Jernigan's credi-
bility and therefore discounting his testi-
mony regarding his limitations.

We review the decision of the Commis-
sioner-here expressed as the ruling of the
ALJ-to determine if it is supported by
substantial evidence and based on correct
legal standards. *Hinkle v. Apfel,* 132 F.3d
1349, 1351 (10th Cir.1997).

Having carefully reviewed the record
and the parties' arguments, and having
applied the standard noted above, we con-
clude that the ALJ's decision is supported
by substantial evidence. Accordingly, the
judgment of the United States District
Court for the Eastern District of Okla-
homa is AFFIRMED for substantially the
reasons stated in the magistrate judge's
order of October 26, 2001.

---

* The Honorable John L. Kane, Senior District
Judge, United States District Court for the
District of Colorado, sitting by designation.
** This order and judgment is not binding pre-
cedent, except under the doctrines of law of
the case, res judicata, and collateral estoppel.

The court generally disfavors the citation of
orders and judgments; nevertheless, an order
and judgment may be cited under the terms
and conditions of 10th Cir. R. 36.3.